UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
San Antonio DIVISION

**FILED**
AUG 2 2 2016
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

Alton Crain
(Name of plaintiff or plaintiffs)

v.

Judson Independent School District

(Name of defendant or defendants)

**SA16CA0832 XR**
Civil Action Number:

_____
(Case Number to be supplied
by the Intake Clerk)

## COMPLAINT

1. This action is brought by Alton Crain, Plaintiff, pursuant to the following selected jurisdiction:

**(Please select the applicable jurisdiction)**

[✓] Title VII of the Civil Rights Act of 1964 (42 USC §§ 2000e et seq.) Employment Discrimination on the basis of race, color, sex (gender, pregnancy and sexual harassment), religion or national origin.

[ ] The Age Discrimination in Employment Act (29 USC §§ 621 et seq.) (**ADEA**).

[ ] The Americans With Disabilities Act (42 USC §§ 12102 et seq.) (**ADA**).

[✓] The Equal Pay Act (29 USC § 206(d)) (**EPA**).

[ ] The Rehabilitation Act of 1973 (29 USC §791 et seq.) (Applicable to federal employees only).

2. Defendant Judson ISD (Defendant's name) lives at, or its business is located at 8012 Shin Oak Drive (street address), Live Oak (city), Texas (state), 78233 (zip).

3a. Plaintiff sought employment from the defendant or was employed by the defendant at 8439 Athenian (street address), Universal City (city), Texas (state), 78148 (zip).

3b. At all relevant times of claim of discrimination, Defendant employed **500+** (#) employees. If defendant is a union, at all relevant times of claim of discrimination, Defendant had **500+**(#) members.

4. Defendant discriminated against plaintiff in the manner indicated in paragraph 8 of this complaint on or about **August** (month) **24** (day) **2014** (year). If incidents of discrimination occurred more than one day, please indicate the beginning and ending dates of such acts: **August 2013, August 2012**

5. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission (E.E.O.C.) charging defendant with the acts of discrimination indicated in paragraph 7 of this complaint on or about **Jan** (month) **27th** (day) **2015** (year). (Not applicable to federal civil service employees).

6a. The E.E.O.C. issued a **Notice of Right to Sue** which was received by plaintiff on _____ (month) _____ (day) _____ (year). (Not applicable to ADEA and EPA claims or federal civil service employees).

**VERY IMPORTANT NOTE:** PLEASE ATTACH A COPY OF YOUR NOTICE OF RIGHT TO SUE AND THE ENVELOPE IN WHICH IT WAS RECEIVED TO THIS COMPLAINT.

6b. Please indicate below if the E.E.O.C issued a **Determination** in your case:

[ ] Yes
[✓] No

**VERY IMPORTANT NOTE:** IF YOU CHECKED "YES", PLEASE ATTACH A COPY OF THE E.E.O.C.'S DETERMINATION TO THIS COMPLAINT

7. Because of plaintiff's:

(Please select the applicable allegation(s))

[✓] Race (If applicable, state race) **African American**

[ ] Color (If applicable, state color) _____

[✓] Sex (gender, pregnancy or sexual harassment) (If applicable, state sex and claim) **Male**

[ ] Religion (If applicable, state religion) _____

[ ] National Origin (If applicable, state national origin) _____

[ ] Age (If applicable, state date of birth) _____

Rev. Ed. April 21, 2009                                                                 28

[ ] Disability (If applicable, state disability) _____

[✓] Prior complaint of discrimination or opposition to acts of discrimination. (Retaliation) (If applicable, explain events of retaliation) Plaintiff opposed discriminatory bias in pay, work hrs & flexibility among similar situated equally qualified protected class Members. Plaintiff and witnesses were retaliated against through termination and harassment after formal grievance process.

The defendant: **(please select all that apply)**

[ ] failed to employ plaintiff.

[✓] terminated plaintiff's employment.

[ ] failed to promote plaintiff.

[ ] harassed plaintiff.

[✓] other (specify) JISD terminated the plaintiff and witness after participating in JISD formal grievance process in Aug of 2014. Females and Non protected class similar situated staff recieved pay, hours, and flexibility denied to the plaintiff retaliating against the plaintiff after Back pay was requested/recieved.

8a. State **specifically** the circumstances under which defendant, its agent, or employees discriminated against plaintiff **PERSONALLY**:

**VERY IMPORTANT NOTE:** INCLUDE **SPECIFIC DATES**, **SPECIFIC EVENTS**, AND ANY **SPECIFIC COMMENTS** MADE BY DEFENDANT PERTAINING TO THE DISCRIMINATION CLAIM ALLEGED ABOVE.

5/23/09, Plaintiff harassed accused of unfair treatment & demanded resignation
5/25/10, Plaintiff harassed and stealing time, micromanaged, of fraud & defamined
8/09/12 Adverse action taken against Plaintiff forced to resign or except 9 dollars an hr. when 20% is Prof rate
8/25/13 Formal JISD Grievance filed requesting back pay which was awarded 8-14-14
8/24/14 Plaintiff is terminated and told no staff allowed to work in After school program after 2:30. Deceptively JISD staff (HR) told TWC the Plaintiff was employed while allowing certain non protected class pay, hrs and flexibility denied to. the Plaintiff immediately after back pay recovery & filing a formal complaint via Grievance process.

8b. List any **witnesses** who would testify for plaintiff to support plaintiff's allegations and the substance of their testimony:

Alisa Craig (harassed & terminated after participating in a formal grievance)
Beverly Johnson (harrassed after participating in protected activity)
_____
_____

8c. List any **documentation** that would support plaintiff's allegations and explain what the documents will prove:

Exhibit A & B prove dishonesty to TWC as JISD allow Adventure Club staff to work after 230 yet excluded Plaintiff after protected activity
Exhibit C Non protected class equally qualified similar situated white female paid 20% → while protected class participating in protected activity is terminated
Exhibit D certain staff allowed work hrs & flexibility denied to Plaintiff after a formal complaint
Exhibit E a copy of Plaintiffs professional pay pre formal complaint via JISD process
Exhibit F Adverse action after complaints of bias, harrassment and discrimination
Exhibit G Policy changed immediately after Plaintiffs back pay recovery
Exhibit H Adventure Club JISD acknowledges Plaintiff as a professional equal to exhibit C employee yet allows non-protected class to remained employed with pay hrs and flexibility not offered to the plaintiff
Exhibit J Plaintiff official evaluation
Exhibit K, L, M, N - EEOC Complaint

9. The above acts or omissions set forth in paragraphs 7 and 8 are:

[✓] still being committed by defendant.
[ ] no longer being committed by defendant.

10. Plaintiff should attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission. This charge is submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

[ ] Defendant be directed to employ plaintiff.

[ ] Defendant be directed to re-employ plaintiff.

[ ] Defendant be directed to promote plaintiff.

[✓] Defendant be directed to Refrain from forcing the Plaintiff to resign/terminating the Plaintiff for exercising due process, and/or harassing/defaming the Plaintiff's professional character through negative teacher professional evaluations. Direct the defendant refrain from reassignment, resending future employment contracts contracts ignoring Plaintiff's excellent past and present employment history. Reinstate witnesses who participated in protected activity. Grant maximum recovery for intentional Retaliation, Discrimination, EPA, and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

_____
Date

_____/s/_____
Signature of Plaintiff

**8528 Alton Blvd**
Address of Plaintiff

**Selma**          **Texas**       **78154**
City              State          Zip Code

**210 667 8239**
Telephone Number(s)

Rev. Ed. April 21, 2009                              30

Attachment 11 - Certificate of Service

## CERTIFICATE OF SERVICE

I, __Alton Crain__, Plaintiff pro se, do here by certify that on the __22__ Day of __August__, 20 __16__, a true and correct copy of the foregoing pleading was forwarded to __Tony Resendez__, the attorney for (Defendant) by __(State the manner of delivery - eg. U.S. Mail; Hand Delivery; (Certified Mail))__ at the following address: __(give address of Attorney for the Defendant)__.

Walsh Gallegos
100 N.E. Loop 410 #900
San Antonio
Texas 78216

Dated: __8-22-16__

_____
Signature of Plaintiff